IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al.,  )<br>Plaintiffs, )<br>v. )<br>GLENN S. PORZELIUS MASONRY, INC., )<br>Defendant. ) | No.  05-3186 |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs Central Laborers' Pension Fund et al.'s Motion for Default Judgment (d/e 7) against Defendant, Glenn S. Porzelius Masonry, Inc (Glenn).  For the reasons set forth below, Plaintiffs' Motion is ALLOWED.

On October 19, 2005, United States Magistrate Judge Byron G. Cudmore entered an Order of Default in Plaintiffs' favor and against Defendant Glenn.  See October 19, 2005 (d/e 6).  Plaintiffs' Complaint has been duly filed and served upon Defendant Glenn, but Defendant has failed to answer or otherwise respond to Plaintiffs' Complaint.

1

THEREFORE, for the aforementioned reasons, Plaintiffs Central Laborers' Pension Fund et al.'s Motion for Default Judgment is ALLOWED. The Court hereby enters judgment in Plaintiffs' favor and against Defendant in the amount of $7,250.35 for delinquent contributions and liquidated damages. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments. Further, Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $1,725.00, as provided by the Trust Agreements and 29 U.S.C. § 1132(g)(2), and to pay all costs attendant to these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: November 7, 2005.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE